UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABITHA LULO,<br><br>                                                    Plaintiff,<br>                         -v-<br><br>OTG MANAGEMENT, INC. and JOHN DOES 1 THROUGH 10,<br><br>                                                    Defendants. | 19 Civ. 3776 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      A case management conference is scheduled for May 18, 2020 at 10 a.m. Dkt. 24. That conference is rescheduled for May 18, 2020 at 10:30 a.m. Due to the current public health situation, it will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. If either party wishes to move for summary judgment, they are to file a pre-motion letter no later than 14 days following the close of fact discovery, in accordance with Rule 3.H of the Court's Individual Rules.

      SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 27, 2020
       New York, New York

1