UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABITHA LULO,<br><br>         Plaintiff,<br>    -v-<br><br>OTG MANAGEMENT, INC.,<br><br>         Defendant. | 19 Civ. 3776 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court set the following schedule for defendant's anticipated motion for summary judgment:

- Defendant's motion for summary judgment is due June 11, 2021;
- Plaintiff's opposition is due July 9, 2021; and
- Defendant's reply is due July 23, 2021.

The Court also dismissed defendants John Does 1–10. The Clerk of Court is respectfully directed to update the case caption to reflect the caption above.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 4, 2021
   New York, New York

1