

## LAW OFFICES OF JIMMY M. SANTOS, PLLC
*Civil Rights, Labor & Employment, & Civil Litigation*

---

Jimmy M. Santos, Esq.  
Phone (845) 537-7820  
Email: jmssesq@gmail.com  
www.nycivilrightslaw.com

28 Wilson Place  
Cornwall, New York 12518  
Fax: (845) 595-2266

July 6, 2021

**VIA ECF**

Hon Paul A. Engelmayer  
United States District Court  
Southern District of New York  
40 Foley Square  
Room 2201A  
New York, NY 10007

Re: *Tabitha Lulo v. OTG Management, Inc.*  
Civil Action No. 19-CV-03776 (PAE)

Dear Judge Engelmayer:

I represent the plaintiff in this action in which she caims that defendants subjected her to discrimination/ retaliation in violation of the FMLA, and discriminatory termination due to her pregnancy, and pregnancy-based disability in violation of the NYS and NYC Human Rights Laws.

Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice, and with the consent of defense counsel, I respectfully request that the Court extend the time to plaintiff for an additional week to serve and file her opposition papers to July 16, 2021. The current deadline for plaintiff to oppose is Friday, July 9, 2021.

I ask for this extension based on the following: I have been trying to hire a law intern last week, and I'm continuing those efforts of recruitment this week, also, I have had to bring my Mother (for whom I'm her prime caregiver) to her doctor's appointments (the round-trip from my home to NYC is 4 hours in and of itself), and thus, I need additional time to submit/ file plaintiff's opposition papers.

As set forth above, defense counsel consents to this application, and this is the first request by either party to seek an extension of the original deadlines for the present briefing set forth Your Honor's Order (Doc #39) for defendant's motion for summary judgment. If Your Honor grants this Motion, I ask that defendant's reply should be re-sxheduled for an additional week until July 30, 2021.

I appreciate Your Honor's consideration of plaintiff's application.

Respectfully Submitted,

/S/ *Jimmy M. Santos*  
Jimmy M. Santos, Esq.

cc: Michael Schmidt, Esq. (via ECF)

Granted. Plaintiff's opposition is due July 16, 2021.
Defendant's reply is due July 20, 2021.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

July 6, 2021