UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TABITHA LULO,

                                    Plaintiff,                  19 Civ. 3776 (PAE)

                    -v-

                                                                          ORDER

OTG MANAGEMENT, INC.

                                  Defendant.

---

PAUL A. ENGELMAYER, District Judge:

On June 11, 2021, OTG Management, Inc. filed a motion for summary judgment. Dkt. 43. That motion raised, for the first time in this litigation, that OTG Management, LLC was plaintiff's employer, not OTG Management, Inc. *See id.*; *see also* Dkt. 42 (declaration of James Depol stating the same). In its earlier answer to plaintiff's complaint, OTG Management, Inc. admitted it had employed plaintiff. *See* Dkt. 11 ¶ 6.

Plaintiff is directed, by January 7, 2022, to file an amended complaint naming OTG Management, LLC as the defendant in this case. Following the amended complaint, the Court will consider the pending motion for summary judgment on the merits. *See* Fed. R. Civ. P. 15(c)(1)(C).

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: January 4, 2022
          New York, New York